### D. APPLETON & CO., PLAINTIFFS IN ERROR, VS. J. EDWARD ALLEN, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Orange county.

*George R. Newell,* for Plaintiffs in Error.

No appearance for Defendants in Error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant, and the plaintiffs takes writ of error.

Writ of error dismissed because the said writ and the writ of *scire facias ad audiendum errores* were not issued and served as required by law.